UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

DWAYNE MORRIS,

                              Plaintiff,

            -against-

THE CITY OF NEW YORK,

                              Defendant.

21-CV-8930 (LGS)

ORDER OF SERVICE

LORNA G. SCHOFIELD, United States District Judge:

       The Court requests that the City of New York waive service of summons.

       The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order.

SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE