UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DWAYNE MORRIS,
                      Plaintiff,

            -against-                        21 Civ. 8930 (LGS)

                                          ORDER
THE CITY OF NEW YORK,
                      Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated February 10, 2022, Defendant was directed to file proof of service of the Court's February 10, 2022, Order by February 11, 2022.

WHEREAS, Defendant did not timely file proof of such service. It is hereby

**ORDERED** that by **February 15, 2022**, Defendant shall file proof of such service on the docket.

Dated: February 14, 2022
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**