UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
DWAYNE MORRIS,                                                :
                                    Plaintiff,                :
                                                              :    21 Civ. 8930 (LGS)
              -against-                                       :
                                                              :    ORDER
THE CITY OF NEW YORK,                                         :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a motion to dismiss the complaint on March 23, 2022.

WHEREAS, by Order dated February 10, 2022, Plaintiff was directed to file any opposition by April 20, 2022.

WHEREAS, Plaintiff did not file any opposition. It is hereby

**ORDERED** that if Plaintiff wishes to file any opposition, he should do so by **April 29, 2022**. If Plaintiff does not file any opposition, then the motion will be considered fully briefed.

Dated: April 22, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**