UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
DWAYNE MORRIS,                                              :
                                      Plaintiff,            :
                                                            :      21 Civ. 8930 (LGS)
              -against-                                     :
                                                            :      ORDER
THE CITY OF NEW YORK,                                       :
                                      Defendant.            :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Opinion and Order dated July 8, 2022 (Dkt. No. 26), granted Defendant's motion to dismiss, and directed Plaintiff to seek leave to replead by July 29, 2022.

WHEREAS, Plaintiff did not seek leave to replead. It is hereby

**ORDERED** that the case is dismissed. The Clerk of Court is respectfully directed to close the case.

Dated: August 9, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**